JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SANGIN ENTERTAINMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DATABAZAAR MEDIA VENTURES, LLC, a Florida limited liability company; and DOES 1 through 100;<br><br>Defendants. | Case No. CV13-02156-SJO (VBKx)<br><br>**ORDER PURSUANT TO STIPULATION RE: REMAND**<br><br>cc: order, docket, remand letter to Los Angeles Superior Court No. BC 50140 |

PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

1. Plaintiff's Third Claim for Relief under the Copyright Act of 1976, 17 U.S.C. § 501 et seq. is dismissed with prejudice;

2. Plaintiff's Fourth Claim for Relief under California's Business & Professions Code, is dismissed without prejudice;

3. The response date of April 12, 2013 for Defendant's response to the Complaint is vacated;

4. This case is hereby remanded to the California Superior Court for the County of Los Angeles ("Superior Court");

5. Plaintiff shall file a First Amended Complaint in the Superior Court within five (5) days of this Court's entry of its order remanding the case;

6. Defendant shall file its answer in Superior Court not later than fifteen (15) days after Plaintiff files its First Amended Complaint; and

7. The parties shall bear their own fees and costs incurred in connection with the removal and remand of the action.

IT IS SO ORDERED.

Dated: April 5, 2013

*S. James Otero*

———————————————————
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

ORDER PURSUANT TO STIPULATION RE: REMAND